JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiff and Counter-Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>J.L.J., INC., a California Corporation d/b/a LAGUNA BEACH JEAN CO., and STEVE KIM, an individual,<br><br>                    Defendants.<br>_____<br>J.L.J., INC,<br><br>                    Counter-Complainant,<br><br>          v.<br><br>RCRV, INC,<br><br>                    Counter-Defendant.<br>_____ | Case No.: 12-Civ-07609 (SVW)<br><br>Hon. Stephen V. Wilson<br><br>**PERMANENT INJUNCTION ON CONSENT**<br><br>[NOTE COURT MODIFICATIONS]<br>JS-6 |

1    WHEREAS, Plaintiff and Counter-Defendant RCRV, Inc., d/b/a Rock Revival

2    ("RCRV"), on the one hand, and Defendant and Counter-Complainant J.L.J., Inc.

3    d/b/a Laguna Beach Jean Company ("Laguna") and Defendant Steve Kim ("Kim")

4    (Laguna and Kim being collectively referred to as "Defendants"), on the other hand,

5    have stipulated to the entry of judgment and a permanent injunction, as set forth in

6    their concurrently filed Stipulation for Entry of Consent Judgment and Permanent

7    Injunction; and

8    WHEREAS, after having reviewed and considered the parties' Stipulation, this

9    Court finds that it has jurisdiction over the subject matter of this action and over the

10   Parties, and venue in this action is proper in this judicial district; and

11   WHEREAS, RCRV is the owner of federally registered and/or common law

12   trademarks for certain designs it uses on and in connection with its ROCK REVIVAL

13   line of jeanswear products, including an Inverted Fleur-de-lis Design embroidered

14   onto the rear pocket of its jeanswear products (the "INVERTED FLEUR-DE-LIS

15   DESIGN Trademark"), copies of the registration certificate for and photograph of the

16   INVERTED FLEUR-DE-LIS DESIGN Trademark being attached hereto as Exhibit

17   A; and

18   WHEREAS, RCRV filed a Complaint against Defendants in the United States

19   District Court for the Central District of California, in an action captioned *RCRV, Inc.*

20   *d/b/a Rock Revival v. J.L.J., Inc. d/b/a Laguna Beach Jean Co. et al*, 12-Civ-07609

21   (C.D. Cal.) (SVW) (the "Civil Action"), seeking injunctive relief and damages for

22   breach of contract, arising out of Defendants' alleged advertising, promotion,

23   marketing, offer for sale and sale of jeanswear products bearing Inverted Fleur De Lis

24   Designs in violation of the parties' July 6, 2012 Settlement Agreement (the "Accused

25   Designs"), copies of photographs of the Accused Designs being attached hereto as

26   Exhibit B; and

27

28

WHEREAS, Laguna and Kim filed an Answer to the Complaint denying all of RCRV's claims, and in addition filed Counterclaims against RCRV (the "Counterclaims"); and

WHEREAS, the parties have amicably resolved their dispute, and have entered into a Settlement Agreement relating to same.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.      Defendant Laguna and its agents, affiliates, divisions, parents, subsidiaries, related companies, and all natural or legal persons acting on their behalf, or in active concert with any of them, including Defendant Kim, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Judgment and Permanent Injunction from:

(a)      designing, manufacturing, advertising, promoting, marketing, importing, exporting, distributing, offering for sale and/or selling any products bearing the Accused Designs; and

(b)      designing, manufacturing, advertising, promoting, marketing, importing, exporting, distributing, offering for sale and/or selling any other products that contain or bear any design that is confusingly similar to the INVERTED FLEUR-DE-LIS DESIGN Trademark.

2.      This Consent Judgment and Permanent Injunction is enforceable against Defendants' affiliates, subsidiaries, parents, related companies, successors and assigns to the extent permitted by law.

3.      ~~The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Judgment and Permanent Injunction by way of contempt motion or otherwise.~~

4.      Except as provided herein, the Parties' respective claims are hereby dismissed with prejudice.

5.      The parties waive any right to appeal this Consent Judgment and Permanent Injunction.

6.      The parties shall bear their own costs and attorneys' fees related to this action.

DATED: May 9, 2013

_____

STEPHEN V. WILSON
United States District Judge

# EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,248,371**

**Registered Nov. 27, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-330,951, FILED 5-26-2011.

MARK SPARACINO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# EXHIBIT B



http://shoplbjc.com/prodimages/Men_Phantom_Raw_CrystalCove_1.jpg

6/29/2012

EXHIBIT B
PAGE 7





http://shoplbjc.com/prodimages/Men_Phantom_MediumBlue_CrystalCove_1.jpg

6/29/2012





http://shoplbjc.com/prodimages/MnsDblWhiteStitchAliso1.jpg

6/29/2012

EXHIBIT B
PAGE 11



http://shoplbjc.com/prodimages/MnsDblWhiteStitchCrystalCove1.jpg          6/29/2012

EXHIBIT B
PAGE 12





EXHIBIT B
PAGE 14







6/29/2012

EXHIBIT B
PAGE 17





EXHIBIT B
PAGE 19



6/29/2012



EXHIBIT B
PAGE 21





6/29/2012



6/29/2012

EXHIBIT B
PAGE 24



EXHIBIT B
PAGE 25









EXHIBIT B
PAGE 29



EXHIBIT B
PAGE 30



EXHIBIT B
PAGE 31



EXHIBIT B
PAGE 32







6/29/2012

EXHIBIT B
PAGE 35







EXHIBIT B
PAGE 38





EXHIBIT B
PAGE 40



7/12/2012

EXHIBIT B
PAGE 41



EXHIBIT B
PAGE 42



EXHIBIT B
PAGE 43





EXHIBIT B
PAGE 45



EXHIBIT B
PAGE 46





EXHIBIT B
PAGE 48





EXHIBIT B
PAGE 50



EXHIBIT B
PAGE 51





7/12/2012





EXHIBIT B
PAGE 55



EXHIBIT B
PAGE 56



EXHIBIT B
PAGE 57



EXHIBIT B
PAGE 58





EXHIBIT B
PAGE 60





EXHIBIT B
PAGE 62



EXHIBIT B
PAGE 63



6/29/2012



EXHIBIT B
PAGE 65







EXHIBIT B
PAGE 68







EXHIBIT B
PAGE 71



http://shoplbjc.com/prodimages/GirlsCrystalCoveRedStitch3.jpg

6/29/2012

EXHIBIT B
PAGE 72



EXHIBIT B
PAGE 73





EXHIBIT B
PAGE 75



EXHIBIT B
PAGE 76



EXHIBIT B
PAGE 77



EXHIBIT B
PAGE 78



EXHIBIT B
PAGE 79



EXHIBIT B
PAGE 80



EXHIBIT B
PAGE 81



EXHIBIT B
PAGE 82



EXHIBIT B
PAGE 83



EXHIBIT B
PAGE 84





EXHIBIT B
PAGE 86



EXHIBIT B
PAGE 87



EXHIBIT B
PAGE 88



EXHIBIT B
PAGE 89



EXHIBIT B
PAGE 90





EXHIBIT B
PAGE 92



EXHIBIT B
PAGE 93



EXHIBIT B
PAGE 94



EXHIBIT B
PAGE 95



EXHIBIT B
PAGE 96



EXHIBIT B
PAGE 97



EXHIBIT B
PAGE 98



EXHIBIT B
PAGE 99



6/20/2010
EXHIBIT B
PAGE 100



EXHIBIT B
PAGE 101



EXHIBIT B
PAGE 102



EXHIBIT B
PAGE 103



EXHIBIT B
PAGE 104



EXHIBIT B
PAGE 105



EXHIBIT B
PAGE 106



6/29/2010 **EXHIBIT B**
**PAGE 107**



EXHIBIT B
PAGE 108



EXHIBIT B
PAGE 109







EXHIBIT B
PAGE 112



EXHIBIT B
PAGE 113



**EXHIBIT B
PAGE 114**



EXHIBIT B
PAGE 115



EXHIBIT B
PAGE 116



EXHIBIT B
PAGE 117



EXHIBIT B
PAGE 118



EXHIBIT B
PAGE 119



EXHIBIT B
PAGE 120



EXHIBIT B
PAGE 121



6/29/2012
EXHIBIT B
PAGE 122



EXHIBIT B
PAGE 123



EXHIBIT B
PAGE 124



EXHIBIT B
PAGE 125



6/29/2012

EXHIBIT B
PAGE 126



EXHIBIT B
PAGE 127



EXHIBIT B
PAGE 128





EXHIBIT B
PAGE 130



EXHIBIT B
PAGE 131





EXHIBIT B
PAGE 133



EXHIBIT B
PAGE 134



EXHIBIT B
PAGE 135



EXHIBIT B
PAGE 136



EXHIBIT B
PAGE 137





http://shoplbjc.com/prodimages/wmnbbbcrystalcovestud2.jpg

6/29/2012



EXHIBIT B
PAGE 140



EXHIBIT B
PAGE 141



http://shoplbjc.com/prodimages/wmngggalisobeachcrystals2.jpg



EXHIBIT B
PAGE 143



EXHIBIT B
PAGE 144



EXHIBIT B
PAGE 145